# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Dwayne Brown,

    Plaintiff(s),

vs.

Jason Colwell, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:07-cv-179

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 2/19/2008 Order.

Signed: February 19, 2008

Frank G. Johns, Clerk
United States District Court